Affidavit In Support of Complaint

## **AFFIDAVIT**

I, Victoria Hicks, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, having been duly sworn, depose and state as follows:

### I.    **Introduction**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in Memphis, TN. Beginning in January 2024, I attended a 28-week ATF academy in Glynco, Georgia that certified me as an ATF Special Agent. Prior to that, I graduated from the University of Alabama with a bachelor's degree in criminal justice and a master's degree in communication studies. I was previously employed with the Federal Bureau of Investigation (FBI) in Mobile, Alabama for four and a half years as an Operational Support Technician and subsequently a Staff Operations Specialist on the Joint Terrorism Task Force (JTTF).

2.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      The facts as set forth in this affidavit come from my personal observations, information relayed to me by other officers and investigators, and information obtained from other official reports of law enforcement. Based on these facts in conjunction with my training and experience I submit that there is probable cause to believe that a violation of **18 U.S.C. § 922(g)(1)** occurred within the Western District of Tennessee.

### II.    **Probable Cause**

4.      This Affidavit is made in support of a Criminal Complaint seeking the issuance of an Arrest Warrant charging the following individual:

> a.   **Brandon BROWNLEE**, DOB: 01/01/2001, FBI No: P0N3FE5K6, SSN: 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; Hereinafter "**BROWNLEE**" with violating **18 U.S.C. § 922(g)(1)**

5.      The United States, including the ATF Memphis Field Office, is conducting a criminal

1

Affidavit In Support of Complaint

investigation into **BROWNLEE's** illegal possession of a firearm in Memphis, Tennessee.

6.      On October 11, 2025, at approximately 1:06 PM, Tennessee Highway Patrol (THP) Trooper Ashton Cotner observed Brandon BROWNLEE, DOB 1/1/2001, walking in the vicinity of Lamar Avenue and Shelley Street in Memphis, Tennessee, carrying a green crossbody bag. Trooper Cotner has been employed by THP for nine years.

7.      Upon seeing the THP vehicle, BROWNLEE clutched the crossbody bag. The vicinity of Lamar Avenue is a high crime area. Based on his law enforcement training and experience, Trooper Cotner had reasonable suspicion that BROWNLEE was armed. BROWNLEE continued walking with his head turned so he could continue observing the trooper's movements behind him. Once the THP vehicle passed BROWNLEE, Trooper Cotner observed BROWNLEE illegally crossing all four lanes of traffic on Lamar Avenue. Trooper Cotner then initiated his blue lights and stopped BROWNLEE for jaywalking, which is a violation of Tennessee Code Annotated (TCA) § 55-8-138.

8.      Trooper Cotner then conducted a Terry stop and asked BROWNLEE if there was a firearm in the crossbody bag. BROWNLEE voluntarily advised there was, in fact, a firearm in the bag. Trooper Cotner then asked BROWNLEE if he was permitted to possess a firearm. BROWNLEE stated he could not possess a firearm and that he was "on paper," indicating his knowledge that he was prohibited from possessing a firearm. Trooper Cotner recovered a firearm from the crossbody bag. The firearm was a Sarsilmaz SAR9, 9mm pistol, S/N: T1102-21BV67801. ATF Interstate Nexus Expert Special Agent Milan Bullock examined photographs of the firearm, and it was determined that the firearm was manufactured outside the state of Tennessee and therefore traveled in interstate commerce.

9.      BROWNLEE is a convicted felon. He has a felony conviction for theft from Davidson County, TN, to which he pled guilty on October 31, 2024.

2

Affidavit In Support of Complaint

10.    BROWNLEE was sentenced in Davidson County, TN, to four years of "community correction." In addition, he has several domestic violence arrests.

All of these events occurred in the Western District of Tennessee.

## Conclusion

11.    Based on the investigation and my review of information provided by other investigators who have participated in the investigation of **Brandon BROWNLEE**, I respectfully submit that there is probable cause to issue an arrest warrant charging **BROWNLEE** with a violation of **18 U.S.C. § 922(g)(1)** and respectfully request that an arrest warrant be issued.

Affidavit In Support of Complaint

Respectfully Submitted,

*Victoria Hicks*

Victoria Hicks, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Sworn to and subscribed before me by telephone this 11th day of October 2025.

s/ Tu M. Pham

HONORABLE TU M. PHAM, UNITED
STATES CHIEF MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE